Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEXANDER JERRELL MITCHELL,<br><br>Defendant. | CASE NO. MJ25-358<br><br>COMPLAINT for VIOLATION<br><br>Title 18 U.S.C. § 115(a)(1)(B) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned, Malcolm Frederick, complainant being duly sworn states:

### COUNT ONE

### (Threatening a Federal Official)

From on or about June 4, 2025, through on or about June 9, 2025, in King County, within the Western District of Washington, ALEXANDER JERRELL MITCHELL did threaten to assault and murder Victim 1, a United States Department of Veterans Affairs Chaplain and an officer and employee of the United States and of any agency in any branch of the United States Government under Title 18, United States Code, Section

Complaint - 1
*United States v. Mitchell*
USAO No. 2025R00709

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1114, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.

All in violation of Title 18, United States Code Section 115(a)(1)(B).

And the complainant states that this Complaint is based on the following information:

I, Malcolm Frederick, being first duly sworn on oath, depose and say:

1. I am a Special Agent with the United States Department of Veteran Affairs, Office of Inspector General ("VA OIG") and have been so employed since April 16, 2017. I am currently assigned to the VA OIG's Seattle Resident Agency. I am responsible for enforcing the laws of the United States relating to VA programs and operations. Before joining the VA OIG, I was employed as a Special Agent with the United States Secret Service ("U.S.S.S.") for nine years and was assigned to the Seattle Field Office. I am a graduate of the Federal Law Enforcement Training Center located in Glynco, Georgia. I am also a graduate of the Secret Service Special Agent Training Program located in Beltsville, Maryland. Additionally, I am a graduate of the Washington State Basic Law Enforcement Training Academy and was a Commissioned Law Enforcement Officer with the Redmond Police Department for more than fourteen years. I have a Bachelor of Arts Degree from the University of Washington.

2. Throughout my law enforcement career, I have investigated a wide variety of crimes, to include complex financial crimes, assaults, threats and intimidation, and various other types of persons crimes.

3. The information contained in this Criminal Complaint is based on my personal knowledge, training, experience, and investigation as well as information relayed to me by other law enforcement officers involved in this investigation. I have not included in this Criminal Complaint every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts necessary

Complaint - 2
*United States v. Mitchell*
USAO No. 2025R00709

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to establish probable cause that ALEXANDER JERRELL MITCHELL committed the offense alleged in this complaint.

## SUMMARY OF PROBABLE CAUSE

4. Victim 1 is a United States Department of Veterans Affairs ("VA") Chaplain and a "federal official" within the meaning of 18 U.S.C. § 1114. Victim 1 works in the VA Medical Center ("VAMC") located in King County in the Western District of Washington.

5. On June 4, 2025, at approximately 3:00 PM, Victim 1 noticed ALEXANDER JERRELL MITCHELL in the Eucharistic Room, of the Seattle VA Medical Center, located in King County, on his cell phone. Victim 1contacted MITCHELL and asked him what he was doing. MITCHELL immediately "exploded" and started making allegations that Victim 1 was not allowing him to pray. Victim 1stated that he asked MITCHELL to leave the chapel and gave him a five-minute warning. MITCHELL would not leave, so Victim 1 called VA Police. The police arrived a short time later, but MITCHELL had already left the area. Victim 1 said MITCHELL came back to the chapel three more times, so he called the police again.

6. Victim 1 stated he knew MITCHELL prior to this incident. MITCHELL has had incidents with other VA staff, and he is known to have anger management issues. Victim 1 estimated that he's had three to four interactions with MITCHELL. He described MITCHELL's attitude in these incidents as being "testy." Victim 1 also said MITCHEL participates in the VA's Compensation Work Therapy (CWT) program, so MITCHELL is around the facility a lot.

7. On June 4, 2025, between approximately 3:00 PM and 3:30 PM, VA employee F.H. spoke in-person with MITCHELL. F.H. is a Medical Support Assistant and works in the Chaplain's offices at the front desk. The Chaplain's offices are located just a few feet away for the chapel and the Eucharistic Room.

Complaint - 3  
*United States v. Mitchell*  
USAO No. 2025R00709

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

8. F.H. stated he witnessed Victim 1 interact with MITCHELL in the Eucharistic Room. A short time later the VA Police arrived, but MITCHELL had already left the area. Approximately five minutes later, MITCHELL returned to the Chaplain's office area.

9. MITCHELL asked F.H. questions about why Victim 1, who is white, had a problem with black people praying in the chapel. MITCHELL told F.H. that Victim 1 came into the prayer room and interrupted him. MITCHELL stated he had the incident captured on cell phone video. F.H. asked if he had showed the video to the VA Police. He said no and then left.

10. F.H. said MITCHELL came back to the office area a second time and asked for Victim 1's supervisor. He said he advised MITCHELL that Victim 1's supervisor was gone for the day. A few minutes later, MITCHELL returned to the chaplain offices a third time. He walked up to the reception desk window and asked F.H. if Victim 1 was available. F.H. told MITCHELL that Victim 1 was not available. MITCHELL became very upset and learned across the window threshold and into the room and began "ranting and raving" in the direction of Victim 1's office. The chaplain's office is located just a few steps from the reception window.

11. F.H. stated a few moments after MITCHELL began yelling, MITCHELL jumped up onto the counter of the service window and tried to get into the office by going through the open window. F.H. said he physically "blocked and restrained" MITCHELL from entering the room, at the same time telling him to get down off the counter. MITCHELL eventually got down and walked away. As a result of this incident, F.H. suffered a minor injury to his right hand.

12. VA Police reported that a short time after MITCHELL left the area, it was discovered that the chapel and Eucharistic Room had been vandalized. Chairs were turned over and items were pushed off tables.

Complaint - 4
*United States v. Mitchell*
USAO No. 2025R00709

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. On or about June 4, 2025, at approximately 3:35 PM, MITCHELL spoke in-person with VA employee A.B. at her office in the Seattle VAMC. A.B. is MITCHELL's case social worker. She has met with him several times and has had phone interactions with him.

14. A.B. reported that MITCHELL expressed that he was angry about an alleged racist interaction he had with Victim 1. A.B. told MITCHELL that the needed to report his complaint to the patient advocacy office. MITCHELL became upset and stated, **"I will shoot him"** because he believed the VA was not willing to take any action. A.B. reported this threat to VA Police and notified Victim 1.

15. On June 9, 2025, at approximately 10:00 AM, VA employee C.K. had a phone conversation with MITCHELL. C.K. is the A.B.'s supervisor. MITCHELL was angry and frustrated. C.K. said MITCHELL wanted to know how he could get back into the CWT program. C.K. told him he had violated program rules for making threats towards VA staff. He denied making threats. During this phone conversation MITCHELL stated, **"You don't think that (requiring police escort) is going to stop me from coming up there. I will shoot you all. That's a threat. You're making y'all targets."** Later during this phone call MITCHELL stated, **"I said I don't have a gun. You've never checked. I don't have nothing to lose. There's nothing that holds me backing from coming over there. The only reason I'm not is because I want to see how this [whether he is allowed to return to CWT or not] plays out."**

16. On June 9, 2025, at approximately 11:03 AM, VA employee C.C. received an email from MITCHELL. C.C. is the CWT program manager. C.C. immediately recognized the email address as belonging to MITCHELL. In the email, MITCHELL expressed that he was upset because he had been discharged from the CWT program. MITCHELL stated the following, **"Imma get him and then the VA police is gonna shoot me and kill me for it. Per protocol but I will get him. Imma take this as him wanting me to be homeless and hungry and when I have my episode imma come in**

Complaint - 5
*United States v. Mitchell*
USAO No. 2025R00709

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

**and shoot him and then wait for the VA police to shoot me**." In this same email MITCHELL also stated, **"This is crazy for them to want to do that cause he's scared if I wanted to kill that man I could have done so on Friday but now if yall gonna take this program away then imma do so AND I DONT HAVE NOTHIGN TO LOSE!"** MITCHELL further stated, **"If I get arrested over this imma get out ans shoot him or whoever is in that Chaplin place. Yall don't escalate with veterans who hasn't gotten there disability check yet. Want to throw me out on the street imma go out with a bang. Yall got more to lose than me."**

17. On June 9, 2025, at approximately 3:57, C.K. had a second phone conversation with MITCHELL. MITCHELL wanted to know about the chances of getting back into the CWT program. C.K. reiterated that he (MITCHELL) had made threats to VA staff. MITCHELL told him his actions were because of "PTSD and BPD. I was triggered." C.K. stated that MITCHELL told him that if he does not get back into the CWT program **the likelihood of him coming to the VA campus to harm staff "is very high."** Later in the conversation he stated he was capable of coming to the campus to create a **"mass casualty event."** He further stated, **"I don't know if he [**Victim 1**] preaches sermons, but he should be on high alert. You all should be on high alert. If I can't get to you all I sure can get to them (chaplaincy)."**

## CONCLUSION

20. Based on the above facts, I respectfully submit that there is probable cause to believe that ALEXANDER JERRELL MITCHELL did knowingly and willfully make a threat to assault and murder Victim 1, a United States Department of Veterans Affairs Chaplain, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against Victim 1 on account of the performance of official duties, all in violation of Title 18, United States Code, 115(a)(1)B).

//

Complaint - 6
*United States v. Mitchell*
USAO No. 2025R00709

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

21. This complaint and affidavit are being submitted via reliable electronic means. Fed R. Crim. P. 4.1 & 41(d)(3).

_____
Malcolm Frederick, Complainant
Special Agent
VA Office of Inspector General

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone. Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this ___11th___ day of June, 2025.

_____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

Complaint - 7
*United States v. Mitchell*
USAO No. 2025R00709

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970