UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER JERRELL MITCHELL,

Defendant.

CASE NO. CR25-195 JLR

**ORDER REVOKING APPEARANCE BOND AND DETAINING DEFENDANT**

The Court has conducted a hearing on revocation of Defendant's release order and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with threatening a federal official. After conducting a detention hearing, the Court ordered Defendant released on conditions. Since release, several petitions alleging Defendant violated his conditions of release have been filed. Most recently the pretrial office alleged Defendant violated his conditions of release by (1) consuming marijuana; (2) making threatening statement via email; (3) consuming alcohol; and (4) consuming marijuana. Defendant admitted allegations 1, 3, and 4 and denied the allegation he had committed another criminal offense while on supervision.

ORDER REVOKING APPEARANCE BOND
AND DETAINING DEFENDANT - 1

Defendant has long struggled with mental health challenges, and while the Court considered releasing him, the FDC reported Defendant had communicated threats of self-harm. Due to his mental health needs, Defendant is now seen by a psychologist on nearly a daily basis. While the Court recognizes Defendant has a place to live and VA benefits, Defendant' marked instability and inability to abide by his conditions of release support detention.

The Court accordingly revokes the appearance bond and release order, and orders Defendant detained.

It is therefore **ORDERED**:

(1)	Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)	Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)	On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)	The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 26th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVOKING APPEARANCE BOND
AND DETAINING DEFENDANT - 2